ANDREW J. SAWYER ET AL., APPELLANTS, V. LANCASTER
COUNTY ET AL., APPELLEES.

FILED MAY 6, 1922. No. 22251.

Petition examined, and *held* to state a cause of action under the provisions of section 4, ch. 200, Laws 1915.

APPEAL from the district court for Lancaster county: WILLIAM M. MORNING, JUDGE. *Reversed.*

*Lincoln Frost* and *J. W. Kinsinger,* for appellants.

Loos v. Lancaster County.

*Charles E. Matson, Harry R. Ankeny, Max G. Towle* and *Cosgrave & Campbell, contra.*

Heard before MORRISSEY, C. J., LETTON, DEAN, ROSE, DAY, ALDRICH and FLANSBURG, JJ.

DAY, J.

A demurrer to the plaintiff's petition was sustained by the trial court and the cause of action dismissed. Plaintiffs appeal.

This case differs from the case of *Brown Real Estate Co. v. Lancaster County, ante* p. 514, in this respect. In the present case it is alleged in the petition that the plaintiffs made complaint before the board sitting as a board of equalization of the matters now complained of, and at the time of paying the assessment paid it under protest, giving notice of their intention to sue to recover the assessment so paid, stating the alleged grievance and the grounds therefor, and brought this suit within the time prescribed, so as to bring themselves within the remedy prescribed in section 4, ch. 200, Laws 1915. We deem it unnecessary to write a separate opinion in this case, for the reason that what was said in the *Brown* case is a sufficient disposition of this case. From what is said in that case, it follows that the demurrer to the petition should have been overruled.

The judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED.